```
                                              ____FILED    ____ENTERED
       IN THE UNITED STATES DISTRICT COURT    ____LODGED   ____RECEIVED
              FOR THE DISTRICT OF MARYLAND
                                                   DEC 1 4 2001
REBECCA JACKSON              *
                                                   AT BALTIMORE
                                              CLERK U.S. DISTRICT COURT
        Plaintiff            *                  DISTRICT OF MARYLAND
                                           BY                        DEPUTY
   vs.                       *    CIVIL ACTION NO. MJG-00-2875

JOHNS HOPKINS UNIVERSITY     *

        Defendant            *

*       *      *      *      *      *      *      *      *
```

ORDER TO SHOW CAUSE

It appears that this action has been dormant since the filing of the Complaint on September 22, 2000 and that service of process may not have been effected within 120 days of filing the Complaint. Accordingly, pursuant to Rule 103.8.a of the Rules of The United States District Court For the District Of Maryland:

1. Plaintiff shall by December 27, 2001 show cause why this action should not be dismissed without prejudice.

2. Any showing made pursuant to this Order shall include a statement, with supporting evidence, of reasons why service of process has not yet been effected and either:

    a. Provide proof of service of process or

    b. A statement of the specific actions to be taken to effect service and the time within which service of process shall be effected.

3. If this Order is not complied with, this action shall be dismissed without prejudice.

SO ORDERED this 13th day of December, 2001.

_____
Marvin J. Garbis
United States District Judge