IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REBECCA JACKSON                    *

      Plaintiff              *

      vs.                    *    CIVIL ACTION NO. MJG-00-2875

JOHNS HOPKINS UNIVERSITY           *

      Defendant              *

*      *      *      *      *      *      *      *      *

## ORDER DISMISSING CASE

Pursuant to Rule 103.8 of the Rules of The United States District Court For the District of Maryland, on December 13, 2001 the Court issued an Order to Show Cause directing Plaintiff to show cause by December 28, 2001 why this action should not be dismissed without prejudice.  Since this Order was not complied with, this action is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this _3rd_ day of January, 2002.

_____
Marvin J. Garbis
United States District Judge